# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

In re: Barzelay, Ifar § Case No. 3:11-03334
§
Barzelay, Eef §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID G. ROGERS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $303,665.00          Assets Exempt: $29,665.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,509.55     Claims Discharged
                                               Without Payment: $23,532.34

Total Expenses of Administration: $1,971.52

---

3) Total gross receipts of $ 4,481.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,481.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $333,203.70 | $77,080.90 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,971.52 | 1,971.52 | 1,971.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,877.86 | 2,526.03 | 2,526.03 | 2,509.55 |
| **TOTAL DISBURSEMENTS** | $359,081.56 | $81,578.45 | $4,497.55 | $4,481.07 |

4) This case was originally filed under Chapter 7 on March 31, 2011. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2013          By: /s/DAVID G. ROGERS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Royalties | 1223-000 | 4,481.07 |
| **TOTAL GROSS RECEIPTS** | | **$4,481.07** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American General Financial Services, Inc. | 4210-000 | N/A | 967.74 | 0.00 | 0.00 |
| 2 | American General Financial Services, Inc. | 4210-000 | N/A | 4,967.35 | 0.00 | 0.00 |
| 3 | SunTrust Bank | 4110-000 | 70,819.33 | 71,145.81 | 0.00 | 0.00 |
| NOTFILED | SunTrust Mortgage c/o Nationwide Trustee Services | 4110-000 | 262,384.37 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$333,203.70** | **$77,080.90** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID G. ROGERS | 2100-000 | N/A | 1,120.27 | 1,120.27 | 1,120.27 |
| DAVID G. ROGERS | 2200-000 | N/A | 26.25 | 26.25 | 26.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| DAVID G. ROGERS | 3110-000 | N/A | 625.00 | 625.00 | 625.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,971.52 | $1,971.52 | $1,971.52 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | American Express Bank FSB | 7100-000 | 2,362.00 | 2,526.03 | 2,526.03 | 2,509.55 |
| NOTFILED | USAA Credit Card Services | 7100-000 | 4,673.00 | N/A | N/A | 0.00 |
| NOTFILED | Vanderbilt Medical Group | 7100-000 | 878.63 | N/A | N/A | 0.00 |
| NOTFILED | Vanderbilt Hospital c/o Affiliated Creditors | 7100-000 | 3,461.20 | N/A | N/A | 0.00 |
| NOTFILED | SunTrust Bank | 7100-000 | 5,562.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Infusion Partners | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | Bienstock & Michael PC | 7100-000 | 816.03 | N/A | N/A | 0.00 |
| NOTFILED | Murray Richman | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Spring Hill Finance | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $25,877.86 | $2,526.03 | $2,526.03 | $2,509.55 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:11-03334  **Trustee:** (620060) DAVID G. ROGERS
**Case Name:** Barzelay, Ifar  **Filed (f) or Converted (c):** 03/31/11 (f)
  **§341(a) Meeting Date:** 05/04/11
**Period Ending:** 03/19/13  **Claims Bar Date:** 03/27/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 4604 Elkins Ave | 299,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 3 | SunTrust | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods | 1,745.00 | 0.00 | | 0.00 | FA |
| 5 | Books, Records, Tapes & CDs | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Musical Instruments | 600.00 | 0.00 | | 0.00 | FA |
| 8 | 90% of Snideco Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2010 tax refund | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Royalties (u) | 0.00 | 3,500.00 | | 4,481.07 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$303,665.00** | **$3,500.00** | | **$4,481.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

***NOTES FROM MEETING OF CREDITORS***
Tax Returns from Company (received)
information on Royalties (received)

***ASSET ADMINISTRATION and STATUS UPDATES***
Sent By: Maria Salas  On: May 05/19/11 9:23 AM
We have a copy of the corporate 2009 tax return in our file. I have written our client requesting a copy of the 2010 corporate return and the royalty information.

08/26/11 emailed Maria regarding Royalties
RESPONSE: I previously provided his ASCAP statement which was up to date thru May, and totaled $5,400.51. We have a call in to him to see if he has received a statement since then. I will get that information to you when I receive it.

From: Maria Salas  Sent: Friday, October 21, 2011 9:43 AM
His non-tools of the trade assets scheduled total $3,765. Not allowing for any cost of sale, he would have $6,235 available in general personal property exemption. The post-petition royalty payments thru August 2011 total $4,630.35. I assume all of those royalties are from pre-petition work, but will confirm that with my client. Assuming that is the case, he would have $1,604.65 available in general personal property exemption. He can retain royalties received after August, 2011 from pre-petition work up to that amount and shall remit to you royalties from pre-petition work in excess of that amount. I will advise him to remit the funds directly to you along with royalty statements to identify what is from pre- versus post-petition work

11/3/11 email from Heddy to David

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 3:11-03334 | Trustee: | (620060) DAVID G. ROGERS |
|---|---|---|---|
| Case Name: | Barzelay, Ifar | Filed (f) or Converted (c): | 03/31/11 (f) |
| | | §341(a) Meeting Date: | 05/04/11 |
| Period Ending: 03/19/13 | | Claims Bar Date: | 03/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Okay, I have figured out her numbers. She is saying that the Music Equipment valued at $600 are tools of the trade but that is not how she took the exemption. She had taken it as a standard 26-2-103 exemption. That is why I get $4365 as an exemption and she has $3765. If we accept her $3765 number, then he would still be entitled to receive $6235. Of this, he has already received $4630. Therefore, he can keep the next $1605 and we get whatever else is coming. IE: her numbers are correct.

Initial Projected Date Of Final Report (TFR):    December 31, 2012        Current Projected Date Of Final Report (TFR):    December 20, 2012  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 3:11-03334 | | Trustee: | DAVID G. ROGERS (620060) |
|---|---|---|---|---|
| Case Name: | Barzelay, Ifar | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******73-65 - Checking Account |
| Taxpayer ID #: | **-***9988 | | Blanket Bond: | $8,000,000.00 (per case limit) |
| Period Ending: | 03/19/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/12 | {10} | ASCAP | ROYALTIES | 1223-000 | 1,338.07 | | 1,338.07 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,313.07 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,288.07 |
| 05/21/12 | {10} | SNIDECO | ROYALTIES | 1223-000 | 156.02 | | 1,444.09 |
| 05/21/12 | {10} | ASCAP | ROYALTIES | 1223-000 | 636.84 | | 2,080.93 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,055.93 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,030.93 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,005.93 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,980.93 |
| 09/11/12 | {10} | ASCAP | ROYALTIES | 1223-000 | 628.54 | | 2,609.47 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,584.47 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,559.47 |
| 11/28/12 | {10} | ASCAP | ROYALTIES | 1223-000 | 1,721.60 | | 4,281.07 |
| 12/24/12 | 1001 | DAVID G. ROGERS | Order Awarding Compensation Dated 12/21/12 | 3110-000 | | 625.00 | 3,656.07 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001062006088 20130110 | 9999-000 | | 3,656.07 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,481.07 | 4,481.07 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,656.07 | |
| | | | **Subtotal** | | **4,481.07** | **825.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,481.07** | **$825.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case Number:** 3:11-03334 | **Trustee:** | DAVID G. ROGERS (620060) |
| **Case Name:** Barzelay, Ifar | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ****801365 - Checking Account |
| **Taxpayer ID #:** **-***9988 | **Blanket Bond:** | $8,000,000.00 (per case limit) |
| **Period Ending:** 03/19/13 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,656.07 | | 3,656.07 |
| 03/12/13 | 11002 | DAVID G. ROGERS | Dividend paid 100.00% on $1,120.27, Trustee Compensation; Reference: | 2100-000 | | 1,120.27 | 2,535.80 |
| 03/12/13 | 11003 | DAVID G. ROGERS | Dividend paid 100.00% on $26.25, Trustee Expenses; Reference: | 2200-000 | | 26.25 | 2,509.55 |
| 03/12/13 | 11004 | American Express Bank FSB | Dividend paid 99.34% on $2,526.03; Claim# 4; Filed: $2,526.03; Reference: PER ORDER AWARDING TRUSTEE COMPENSATION AND EXPENSES DATED 02/26/13 | 7100-000 | | 2,509.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,656.07 | 3,656.07 | $0.00 |
| | | | Less: Bank Transfers | | 3,656.07 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,656.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,656.07** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******73-65 | 4,481.07 | 825.00 | 0.00 |
| Checking # ****801365 | 0.00 | 3,656.07 | 0.00 |
| | **$4,481.07** | **$4,481.07** | **$0.00** |

{} Asset reference(s)